UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CENTER FOR THE ARTS, ESCONDIDO, FOUNDATION, an unknown business entity d/b/a California Center for the Arts, Escondido,<br><br>Defendant. | Case No.: 20-CV-2137 JLS (NLS)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 6) |

Presently before the Court is Plaintiff G & G Closed Circuit Events, LLC'S Motion to Strike Defendant's Affirmative Defenses (ECF No. 6). The Court **VACATES** the hearing set for February 25, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: February 19, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge