UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA CENTER FOR THE ARTS, ESCONDIDO, FOUNDATION,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-cv-02137-JLS-NLS<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO LODGE DVD RECORDINGS**<br><br>**[ECF No. 30]** |

　　　Presently before the Court is Defendant's *Ex Parte* Application for an Order Permitting Lodging of DVD Recordings in Support of Its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (ECF No. 30). In its *ex parte* motion, Defendant seeks leave to lodge a DVD with two videos that "provide an accurate view of the locations described both in other evidence and supporting documentation to be submitted with Defendant's" anticipated motion for summary judgment. (*Id.* at 2.) Plaintiff did not file an opposition.[1]

---

[1] The Court notes that Defendant's *ex parte* motion is not in compliance with Civil Local Rule 83.3(g)(2), which provides:

The Southern District of California permits the non-electronic filing of exhibits when they are not convertible to electronic form, provided the Court grants leave. Elec. Case Filing Admin. Pol'ys & Procs. Manual § 2(k). Having read and considered Defendant's *ex parte* motion, and good cause appearing, the Court **GRANTS** the motion. Accordingly, simultaneously with the filing of its anticipated motion for summary judgment, Defendant shall <u>lodge</u> the DVD with the Clerk's Office and <u>file</u> a Notice of Lodgment. Defendant <u>shall also deliver a courtesy copy</u> of the DVD to chambers. The DVD shall contain only the video evidence described in Defendant's *ex parte* motion (ECF No. 30 at 2).

**IT IS SO ORDERED.**

Dated: November 1, 2021

Hon. Janis L. Sammartino
United States District Judge

---

> A motion for an order must not be made ex parte unless it appears by affidavit or declaration (1) that within a reasonable time before the motion the party informed the opposing party or the opposing party's attorney when and where the motion would be made; or (2) that the party in good faith attempted to inform the opposing party and the opposing party's attorney but was unable to do so, specifying the efforts made to inform them; or (3) that for reasons specified the party should not be required to inform the opposing party or the opposing party's attorney.

The Court cautions Defendant against further failure to comply with the Court's Local Rules.