UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>                               Plaintiff,<br><br>v.<br><br>CALIFORNIA CENTER FOR THE ARTS, ESCONDIDO, FOUNDATION,<br><br>                               Defendant. | Case No.: 20-cv-02137-JLS-NLS<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE SURREPLY**<br><br>**[ECF No. 39]** |

Presently before the Court is Plaintiff's *Ex Parte* Motion for Leave to File Surreply to Defendant's Reply Re: Defendant's Motion for Summary Judgment ("*Ex Parte* Motion") (ECF No. 39). In its *Ex Parte* Motion, Plaintiff represents that "Defendant's Reply is replete with misrepresentations of Plaintiff's arguments, including direct citations to Plaintiff's Opposition that do not support Defendant's arguments." (*Id.* at 2.) Through a surreply, Plaintiff seeks to "highlight some of the more egregious examples of Defendant's improper citations" and to "offer a brief general response to Defendant's [evidentiary] Objections." (*Id.*)

This District's Civil Local Rules do not provide for the filing of surreplies, and although Plaintiff is correct that the Court has the inherent authority to control its docket,

surreplies are generally disfavored, inappropriate, and unnecessary. Nevertheless, Defendant has not opposed Plaintiff's request, and the Court will err on the side of caution.

Accordingly, the Court hereby **GRANTS** Plaintiff's *Ex Parte* Motion (ECF No. 39). Plaintiff shall file its Surreply attached as Exhibit 1 to its *Ex Parte* Motion (ECF No. 39 at 6–12) upon the electronic docketing of this Order.

**IT IS SO ORDERED.**

Dated: December 21, 2021

Hon. Janis L. Sammartino
United States District Judge