UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>CALIFORNIA CENTER FOR THE ARTS, ESCONDIDO, FOUNDATION, dba California Center for the Arts, Escondido,<br><br>                              Defendant. | Case No.:  20cv2137-LL (NLS)<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |

Due to a conflict with the current date and after consultation with the parties, the Court **RESETS** the Mandatory Settlement Conference for **March 16, 2022** at **10:00 a.m.**

**IT IS SO ORDERED.**

Dated:  February 28, 2022

Hon. Nita L. Stormes
United States Magistrate Judge

1